**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Surangi Widyaratne and Dilum Chandrasoma,** *Plaintiffs* | § § § | |
| **v.** | § | **No. 1:25-cv-01329-ADA-SH** |
| **American Economy Insurance Company,** *Defendant* | § § § | |

# ORDER

This case is set for a motions hearing on September 30, 2026. Dkt. 96. Due to a calendar conflict that has arisen with a jury trial, the Court must hereby **RESET** the hearing and now **ORDERS** the parties, or counsel of record appearing on their behalf, to appear for a hearing on **ALL REFERRED MOTIONS** at **10 a.m. Friday, October 2, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

At the hearing, the Court will hear arguments on:

- Defendant's Opposed Motion for Leave to Amend Answer and Assert Counterclaims, filed May 1, 2026 (Dkt. 40);
- Plaintiffs' Motion for Rule 11 Sanctions, filed May 8, 2026 (Dkt. 45);
- Defendant's Amended Motion under Rule 26 and Rule 37(c)(1) to Exclude Plaintiffs' Wholesale Substitutions of Their Damages Model, filed June 18, 2026 (Dkt. 69)
- All motions to exclude experts and their reports (Dkts. 34, 35, 36, 46, 80, 82, 88, 89, 90); and
- The parties' summary judgment motions (Dkts. 72, 81, 97).

**SIGNED** on August 25, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE